**RECEIVED**
IN ALEXANDRIA, LA.
JUN 1 6 2014
TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JACQUELINE SMITH-RICHARDSON

VERSUS

CAROLYN W. COLVIN

DOCKET NO.: 1:13-cv-00831

JUDGE JAMES T. TRIMBLE, JR.
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Smith-Richardson's appeal is **GRANTED**, the final decision of the Commissioner is **VACATED**; and, Smith-Richardson's case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the views expressed herein and those contained in the Appeals Council's order dated March 2, 2011.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 16th day of June, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE